B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fowler, Jason W.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Fowler, Sondra Stedron** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1296** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9594** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5599 South Oak Street**<br>**Hinsdale, IL**   ZIP Code **60521** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5599 South Oak Street**<br>**Hinsdale, IL**   ZIP Code **60521** |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business:<br>**Dupage** |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,000<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,000<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                   Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fowler, Jason W.**<br>   **Fowler, Sondra Stedron** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

           _____
           (Name of landlord that obtained judgment)


           _____
           (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fowler, Jason W.**<br>**Fowler, Sondra Stedron** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Jason W. Fowler**
Signature of Debtor  **Jason W. Fowler**

X  **/s/ Sondra Stedron Fowler**
Signature of Joint Debtor **Sondra Stedron Fowler**

Telephone Number (If not represented by attorney)

**August 31, 2009**
Date

### Signature of Attorney*

X  **/s/ Charles S. Stahl, Jr.**
Signature of Attorney for Debtor(s)

**Charles S. Stahl, Jr. 2699915**
Printed Name of Attorney for Debtor(s)

**Swanson Martin & Bell LLP**
Firm Name

**2525 Cabot Drive**
**Suite 204**
**Lisle, IL 60532**

Address

**Email: cstahl@smbtrials.com**
**630-799-6900  Fax: 630-799-6901**
Telephone Number

**August 31, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jason W. Fowler**
**Sondra Stedron Fowler**

Debtor(s)

Case No.
Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

    **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Jason W. Fowler**
                  **Jason W. Fowler**

Date:   **August 31, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jason W. Fowler**
        **Sondra Stedron Fowler**                                Case No. _____
                                             Debtor(s)         Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Sondra Stedron Fowler**
    **Sondra Stedron Fowler**

Date:    **August 31, 2009**

A Accurate Door Service, Inc.
P.O. Box 1794
Aurora, IL 60507-1794


Accurate Scale Company
1735 West 38th Street
Chicago, IL 60609-2025


Act Transportation
232 West Center Street
North Salt Lake, UT 84054


Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101-8088


Allegra Print & Imaging
987 Oak Avenue
Aurora, IL 60506


Alloys & Coke Co., Inc.
2067-B Columbiana Road
Birmingham, AL 35216


Alton Steel, Inc.
#5 Cut Street
Alton, IL 62002


American Heartland Bank
799 North Heartland Drive
Sugar Grove, IL 60554


APL, Inc.
P.O. Box 240163
Milwaukee, WI 53224


Associated Bank
222 Bush Street
P.O. Box 42
Red Wing, MN 55066


AT&T
P.O. Box 5072
Saginaw, MI 48605-5072

AT&T Mobility
P.O. Box 6428
Carol Stream, IL 60197-6428


AT&T Real Yellow Pages
DEX 8519 Innovation Way
Chicago, IL 60682-0085


Aurura Industrial Service, LLC
2112 West Galena Boulevard
Unit 8-441
Aurora, IL 60506


Avaya Financial Services
1 Cit Drive
Attn: Sales Support
Livingston, NJ


Axis Computer Systems, Inc.
293 Boston Post Road West
Marlborough, MA


Bailey Trucking, Inc.
105 Bill Mauk Road
Chuckey, TN 37641


Bar Processing-Chicago Heights
1601-33 Wentworth Avenue
Chicago Heights, IL 60411


Bar Processing-Newton Falls
P.O. Box 280
1000 Windham Road
Newton Falls, OH 44444


Bar Processing-Warren
22534 Groesbeck Highway
Warren, MI 48089


Barex Resources, Inc.
105B Van Houten Avenue
P.O. Box 5338
Passaic Park, NJ

Baron Drawn Steel
8455 Ronda Drive
Canton, MI 48187

Benmet NY
489 Fifth Avenue
New York, NY 10017

Bertin Steel
1271 East 289th
Wickliffe, OH 44092

C&P Transportation Services Co.
P.O. Box 396
Aurora, IL 60507

CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723

Cer-A-Met
Highway 33
Wellington OntarionCanada K0K3L0

Charles Baxter
631 West Plum
Aurora, IL 60506

Charter Steel
1658 Cold Springs Road
Saukville, WI 53080

Charter Steel
P.O. Box 88518
Milwaukee, WI 53288-0518

Chase
P.O. Box 15298
Wilmington, DE 19850

Chase Auto Finance
14800 Frye Road
Fort Worth, TX 76155

Cimco Communications, Inc.
P.O. Box 95900
Chicago, IL 60694


CitiCards
P.O. Box 6000
The Lakes, NV 89163


Citifinancial Auto
P.O. Box 9575
Coppell, TX 75019


Cleveland Industrial Warehouse
1300 East 45th Street
Cleveland, OH 44114


Cole Taylor Bank
9350 West Higgins Road
Rosemont, IL 60018


Combined Transport Systems, LLC
1201 Marine View Street
Portage, IN 43638


Complete Packaging
P.O. Box 735
Monroe, MI 48161-0735


Con-Way Central Express
135 South LaSalle Street
Dept. 2493
Chicago, IL 60674-2493


CRW
1470 Jeffrey Drive
Addison, IL 60101


Custom Companies, Inc.
94388 Eagle Way
Chicago, IL 60678-9430


D.G.K.S. Warehouse
6875 Middlebelt
Romulus, MI 48174

De Acero
5801 West 82nd Street
Suite 109
Indianapolis, IN 46278


Decision Resources, Inc.
Centre City Tower, Suite 510
650 Smithfield
Pittsburgh, PA 15222


Deluxe Business Checks and Solution
P.O. Box 742572
Cincinnati, OH 45274-2572


DirecTV
P.O. Box 60036
Los Angeles, CA 90060-0036


Downers Grove National Bank
Installment Loan Department
5140 South Main Street
Downers Grove, IL 60515


DuPage County Collector
421 North County Farm Road
Wheaton, IL 60187


Elemental Holdings
111 West Port Plaza, Suite 700
Saint Louis, MO 63146


Equipment Depot of Illinois, Inc.
2545 Northwest Parkway
Elgin, IL 60123


First Midwest Bank
Tinley Park Main
One Pierce Place, Suite 1500
Itasca, IL 60143


First Midwest Bank
17500 South Oak Park Avenue
Tinley Park, IL 60477

First of Indiana Corp.
1000 Colfax Street
Gary, IN 46406


Ford Credit
P.O. Box 790093
Saint Louis, MO 63179


Forging Industry Association
25 West Prospect Avenue, Suite 300
Cleveland, OH 44115


Gerdau Ameristeel
P.O. Box 31328
Tampa, FL 33631


Gerdau MacSteel
5591 Morrill Road
Jackson, MI 49201


Grainger
Dept. 863634531
Palatine, IL 60038-0001


Great Lakes Tubular
500 North Broadway Avenue
Aurora, IL 60505


Guardian
P.O. Box 8012
Appleton, WI 54913-8012


Hamilton Specialty Bar, Inc.
319 Sherman
Hamilton Ontario Canada L8N3R5


Harris Bank
P.O. Box 5043
Rolling Meadows, IL 60008


Ice Mountain Spring Water Co.
P.O. Box 856680
Louisville, KY 40285-6680

iMetals, Inc.
631 West Park Avenue
Aurora, IL 60521


iMetals, Inc.
631 West Park Avenue
Aurora, IL 60506


Independence Tube
6226 West 74th Street
Chicago, IL 60638


Independent Recycling Services
2401 South Laflin Street
Chicago, IL 60608


Investment Casting Institute
136 Summit Avenue
Montvale, NJ 07645-1720


Jade Sterling Steel
2300 East Aurora Road
Twinsburg, OH 44087


Jett Cutting Service
6510 South Austin Avenue
Bedford Park, IL 60638


Jones Motor Co., Inc.
P.O. Box 200
Spring City, PA 19475-0200


Kansa Employer Plan Services, Inc.
2180 North Loop West
Suite 400
Houston, TX 77018


Kelly and/or Annette Wilhelm
1250 Wildwood Road
Boulder, CO 80305


Kelly Wilhelm
1250 Wildwood Road
Boulder, CO

Keystone Profiles, Ltd.
220 Seventh Avenue
Beaver Falls, PA 15010


Kinder Morgan Terminals
P.O. Box 201607
Dept. 3017
Dallas, TX 75320-1607


Laurel Steel
5400 Harvester Road
Burlington Ontario Canada L7R3Y8


Law Offices Wolin Kelter and Rosen
55 West Monroe Street
Suite 3600
Chicago, IL 60603


MacSteel Heat Treat Division
25 Commercial Road
Huntington, IN 46750


Mad Dog Trucking
P.O. Box 930062
Wixom, MI 48393


Magellan Corp.
3701 Commercial Avenue
Northbrook, IL 60062


Marix Servicing
P.O. Box 650461
Dallas, TX 75265


Martin W. Salzman
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606


Marvin Gindlesperger Trucking
329 Kaufman Church Road
Davidsville, PA 15928

Metallurgical Services
MSI Testing Services
P.O. Box 1098
Melrose Park, IL 60161-1098

Metcut, Inc.
631 West Park Avenue
Aurora, IL 60506

Michael K. Trucking
6875 Middlebelt
Romulus, MI 48174

Michigan Wire Products
2487 West Main Street
Lowell, MI 49331

Mid States Express
540 Galena Boulevard
Aurora, IL 60506

Midwest Orthopedics at Rush
Patient Payments Dept. 4553
Carol Stream, IL 60122-4553

Mike Smith
600 North Lakeshore Drive, #2808
Chicago, IL 60611

Miller Cooper & Co., Ltd.
1751 Lake Cook Road
Suite 400
Deerfield, IL 60015

Monico Alloys, Inc.
3039 Ana Street
Rancho Domico, CA 90221

Nationwide Transportation, Inc.
7345 West 100th Place
Suite 204
Bridgeview, IL 60455

Nippon Life Insurance Company
Dept. 400
P.O. Box 1031
Des Moines, IA 50306-0315


North American Hoganas
111 Hoganas
Hollsopple, PA 15935


North American Stainless
6870 U.S. Highway 42
Ghent, KY 41045


Nucor Steel-Bourbonnais
One Nucor Way
Bourbonnais, IL 60914


Nucor Steel-Norfolk
2911 East Nucor Road
Norfolk, NE 68701


One Way Express
380 Solon Road, Unit 5
Bedford, OH 44146


Overhead Material Handling
135 West Johnson Street
Suite 5
Palatine, IL 60067


Pacer Transport
P.O. Box 1105
Desoto, TX 75123-9978


PCC Structurals
839 Poquonnock Road
Groton, CT


PF Ultra Cleaning Services, Inc.
2241 Bitterweet Court
Aurora, IL 60506


Pitney Bowes Global Financial
P.O. Box 856460
Louisville, KY 40285-6460

Pitney Bowes Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042


Plymouth Steel Corp.
22700 Nagel
Warren, MI 48089-3725


Precision Machined Products
6700 West Snowville Road
Brecksville, OH 44141-3212


Pro-Freight Express, Inc.
16618 State Street
South Holland, IL 60473-2826


ProMetals, LLC
631 West Plum Avenue
Aurora, IL 60506


PTC Alliance
1983 Paysphere Circle
Chicago, IL 60674


Quill Corporation
P.O. Box 94081
Palatine, IL 60094-4081


Rally Capital
350 North LaSalle Street
Suite 1100
Chicago, IL 60654


Remelt Resources, Inc.
27151 Tugsten Road
Cleveland, OH 44132


Resources Alloys & Metals, Inc.
P.O. Box 212018
Royal Palm Beach, FL 33421-2018


RSM McGladrey
20 North Martingal Road
Suite 500
Schaumburg, IL 60173-2420

Sector 3 Appraisals, Inc.
88-02 69th Road
Forest Hills, NY 11375


Signature Bank
6400 North Northwest Highway
Chicago, IL 60631


Sipi Metals Corp.
1720 North Elston Avenue
Chicago, IL 60678-7252


Soderstrom Pallets, Inc.
115 West Indian Trail
Aurora, IL 60506


Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


Steel Dynamics Bar Products Div.
8000 North County Road 225 East
Pittsboro, IN 46167


Steiner Electric Company
2665 Paysphere
Chicago, IL 60674


Strategic Logistics, Inc.
P.O. Box 603464
Cleveland, OH 44103


TC Industries, Inc.
3703 South Route 31
Crystal Lake, IL 60012-1412


The Federal Metal Co.
7250 Division Street
Bedford, OH 44146


Thermo Niton Analyzers, LLC
900 Middlesex Turnpike
Building #8
Billerica, MA 01821

Thilman
Hilb Rogal & Hobbs
One E. Wacker Drive, Suite 1800
Chicago, IL 60601


Thomas and/or Janit Kreher
4455 Wayside Drive
Naples, FL 34119


Thomas Kreher
4455 Wayside Drive
Naples, FL


Transbulk Real Estate
4155 Riverridge
Saint Charles, IL 60175


Tri-State Metal
220 West Chicago Avenue
East Chicago, IN 46312


Tufts Grinding
79 East 34th Street
Chicago Heights, IL 60411


Turret Steel
P.O. Box 55
Leetsdale, PA 15056-0055


United Express System, Inc.
P.O. Box 1628
Aurora, IL 60507-1628


Volkswagon Credit
P.O. Box 17497
Baltimore, MD 21297


Walworth County Treasurer
100 West Walworth
P.O. Box 1001
Elkhorn, WI 53121

Wilhelm Management LLC
900 West Pearl Street
Suite 300
Boulder, CO 80302


Wolf's Warehouse, Inc.
7201 East Reading Place
Tulsa, OK 74115


Wolin & Rosin, Ltd.
55 West Monroe Street
Suite 3600
Chicago, IL 60603


Xerox Corporation
P.O. Box 802555
Chicago, IL 60680-2555


Youngren's, Inc.
736 New Haven Avenue
Aurora, IL 60506-2819